IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER aka RICKY THOMAS,

       Plaintiff,                No. CIV S-04-1454 DFL JFM P

   vs.

SOLANO COUNTY SHERIFF'S
DEPARTMENT,

       Defendant.         <u>ORDER</u>
_____/

       On April 24, 2006, plaintiff filed a letter regarding legal property and request that the court allow him to be housed in a federal facility.  This civil rights action was closed on November 15, 2004.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 4, 2006.


UNITED STATES MAGISTRATE JUDGE

/mp
arch1454.58